UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CIVIL ACTION NO. 13-77-DLB-CJS**

**RICKY W. MINK**                                                                                             **PETITIONER**

**VS.**                                                          **ORDER**

**JOSEPH MEKO**
*Warden, Little Sandy Correctional Complex*                                          **RESPONDENT**

* * * * * * * * * * * * * * *

This matter is before the Court on the June 21, 2013 Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. # 2) wherein she recommends that Petitioner's Petition for Writ of Habeas Corpus (Doc. # 1) pursuant to 28 U.S.C. § 2254 be denied because he has not exhausted his administrative and state court remedies. No objections to the R&R having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.[1]

The Court having reviewed the record and the R&R, and concluding that the R&R is sound in all respects, including the recommended disposition, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)   The Report and Recommendation of the United States Magistrate Judge

---

[1] Petitioner's objections were due July 5, 2013. However, out of an abundance of caution and in recognition of Petitioner's pro se status, the Court waited additional days for Petitioner to file objections.

(Doc. # 2) is **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)  Ricky W. Mink's Petition for Writ of Habeas Corpus (Doc. # 1) pursuant to 28 U.S.C. § 2254 is **DENIED WITHOUT PREJUDICE**;

(3)  This matter is hereby **STRICKEN** and **DISMISSED** from the docket of the Court; and

(4)  For the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, no certificate of appealability shall issue.

This 16th day of July, 2013.

Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Civil\2013\13-77 Order Adopting R&R.wpd